IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BECKY RAGLAND, surviving spouse of J.W. Ragland,<br><br>    Plaintiff,<br><br>v.<br><br>NEW ENGLAND COMPOUNDING PHARMACY, INC., d/b/a New England Compounding Center,<br><br>    Defendant. | Civil No. 3:12-1255<br>Judge Trauger |

**O R D E R**

Given the filing of bankruptcy by the defendant in this case, it is hereby **ORDERED** that this case is **STAYED** pursuant to 11 U.S.C. § 362(a) pending further order of the court. The initial case management conference scheduled for February 8, 2013 is **CANCELLED**.

It is so **ORDERED.**

ENTER this 7th day of January 2013.

                                                ALETA A. TRAUGER
                                              U.S. District Judge